IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DARIUS SHERIDAN,              )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )      2:22cv628-MHT
                              )          (WO)
BLAKE THURMAN and THOMAS      )
HUGGINS,                      )
                              )
     Defendants.              )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate in the Covington County Jail, filed this lawsuit complaining that the inmates in the jail have been subjected to collective punishment for the actions of individual inmates, that jail officials have not followed their own disciplinary policies and have routinely used mace on inmates without adequate justification, and that the conditions of confinement are unsafe and unsanitary. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed

without prejudice for failure to prosecute and to obey a court order.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 1st day of February, 2023.

                                            /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE